DEBORAH M. SMITH
Acting United States Attorney

RICHARD L. POMEROY
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: richard.pomeroy@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MYRON B. IGTANLOC,<br><br>　　　　　Defendant. | Case No. 3:89-CR-00121(HRH)<br><br>APPLICATION AND AFFIDAVIT FOR ISSUANCE OF WRIT OF EXECUTION ON PERMANENT FUND DIVIDEND |

STATE OF ALASKA          )
                         ) ss.
THIRD JUDICIAL DISTRICT  )

   I, RICHARD L. POMEROY, hereby state on oath:

   1.   Judgment for $8,634.29 was imposed on July 19, 1990, in the above-entitled court and action, in favor of the United States of America as judgment creditor and against MYRON B. IGTANLOC as judgment debtor.

   2.   I am the attorney for said judgment creditor and I request issuance of a Writ of Execution on the judgment.

   3.   The judgment debtor was represented by counsel.

   4.   The judgment entered is not a default judgment.

    5.  ACCRUED since the entry of judgment are the following sums:

        $0.00    accrued interest, computed at 0%.

        $130.00  accrued costs.

    6.  CREDIT must be given for payments and partial satisfaction in the total amount of:

        $6,583.26 which is to be first credited against the judgment as entered, with any excess credited against any accrued penalties, interest, and costs, leaving a net balance of:

    7.  $2,181.03 ACTUALLY DUE on May 24, 2006. Of this total, $2,051.03 is the amount of the original judgment as entered, which still remains due and bears interest at 0%.

    8.  The United States seeks to satisfy the balance owing on the judgment by levying against the Alaska Permanent Fund Dividend which is to be issued to the above-named defendant.

    9.  The Alaska Permanent Fund dividend is subject to attachment pursuant to the provisions of Alaska Statute 43.23.065.

    10. This is a levy for satisfaction of a federal criminal fine or penalty and, pursuant to AS 43.23.065(b)(4), may attach up to <u>100%</u> of the Permanent Fund Dividend payable to this debtor.

//

//

//

//

//

//

//

//

U.S. vs. MYRON B. IGTANLOC
Case No.: 3:89-CR-00121(HRH)

DATED this 6th day of June, 2006, at Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

*Richard L. Pomeroy*
RICHARD L. POMEROY
Assistant U.S. Attorney
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: richard.pomeroy@usdoj.gov
AK #8906031

SUBSCRIBED AND SWORN TO before me this 6th day of June, 2006, at Anchorage, Alaska.

_____
NOTARY PUBLIC
State of Alaska
My Commission Expires: 11/17/08

U.S. vs. MYRON B. IGTANLOC
Case No.: 3:89-CR-00121(HRH)

3