IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>            )<br>      Plaintiff, )<br>            )<br>  vs.          )<br>            )<br>MYRON B. IGTANLOC,   )<br>            ) No. 3:89-cr-0121-HRH<br>      Defendant. )<br>_____) | |

ORDER TO RELEASE PFD FUNDS

  Plaintiff's motion to release attached Permanent Fund Dividend funds[1] is hereby GRANTED.

  The attached funds, in the amount of $1,104.96, shall be released from the Registry by the Clerk of Court and deposited into U.S. Treasury Account "0008-322380", as payment toward defendant's criminal costs.

  IT IS SO ORDERED.

  DATED at Anchorage, Alaska, this <u>22nd</u> day of January, 2007.

                <u>/s/ H. Russel Holland</u>
                United States District Judge

---

  [1] Clerk's Docket No. 147.