NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West 7th Avenue, # 9, Room 253
Anchorage, AK  99513-7567
Tel. (907) 271-5071
Fax  (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

Attorney for Plaintiff


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  3:89-CR-00121 (HRH) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **PROPOSED ORDER TO RELEASE** |
| Myron Igtanloc, | ) | **ATTACHED PFD FUNDS** |
| | ) | |
| Defendant. | ) | |

Plaintiff's motion to release attached Permanent Fund Dividend

funds is hereby GRANTED.

The attached funds, in the amount of $1,121.07, shall be released

from the Registry by the Clerk of Court and deposited into U.S.

Treasury Account "0010-504100", as payment toward Defendant's criminal

fine.

IT IS SO ORDERED.


DATED:_____        _____
                                     UNITED STATES DISTRICT JUDGE