IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


UNITED STATES OF AMERICA,          )
                                   )
                    Plaintiff,     )
                                   )
        vs.                        )
                                   )
MYRON B. IGTANLOC,                 )
                                   )     No. 3:89-cr-0121-HRH
                    Defendant.     )
_____)


ORDER TO RELEASE
ATTACHED PFD FUNDS

        Plaintiff's motion to release attached Permanent Fund Dividend funds[1] is hereby GRANTED.

        The attached funds, in the amount of $1,121.07, shall be released from the Registry by the Clerk of Court and deposited into U.S. Treasury Account "0010-504100", as payment toward defendant's criminal fine.

        IT IS SO ORDERED.

        DATED at Anchorage, Alaska, this 28th day of February, 2008.


                            /s/ H. Russel Holland
                            United States District Judge


---

[1]Clerk's Docket No. 150.

- 1 -